**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COSETTE PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| AZURITY PHARMACEUTICALS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE COMPLAINT AND EXHIBIT 7 UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule of Civil Practice and Procedure for the United States District Court of Delaware 5.1.3 ("Local Rule 5.1.3"), Plaintiff Cosette Pharmaceuticals, Inc. ("Plaintiff") hereby moves to file its Complaint and Exhibit 7 under seal. In support of this Motion, Plaintiff states as follows:

1. "It is well-settled that there exists, in both criminal and civil cases, a common law public right of access to judicial proceedings and records." *In re Cendant Corp.*, 260 F.3d 183, 192 (3d Cir. 2001). A court has the supervisory power and authority to seal, however, "when justice so requires," provided the party requesting sealing demonstrates that "the interest in secrecy outweighs the presumption of access." *Leap Sys., Inc. v. MoneyTrax, Inc.*, 638 F.3d 216, 221-22 (3d Cir. 2011). The party moving to seal must show that "the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *In re Avandia Marketing*, 924 F.3d 662, 672 (3d Cir. 2019) (citations omitted).

2. This is a civil action seeking declaratory judgments of non-infringement relating to Plaintiff's proposed vancomycin hydrochloride kit for oral solution USP, eq 25 mg base/mL and

eq 50 mg base/mL ("Plaintiff's ANDA Product") as described in Plaintiff's Abbreviated New Drug Application ("ANDA") No. 214237 ("Plaintiff's ANDA").

3.    The Complaint refers to confidential, proprietary, and commercially sensitive information relating to Plaintiff's ANDA Product that, if made public, would cause serious injury and competitive harm to Plaintiff.  Additionally, portions of Plaintiff's ANDA will be attached to the Complaint as Exhibit 7.  Plaintiff's ANDA contains confidential, proprietary, and commercially sensitive information relating to Plaintiff's ANDA Product, disclosure of which would work a serious injury and competitive harm to Plaintiff.  As such, good cause exists to permit Plaintiff to file the Complaint and Exhibit 7 under seal.

4.    In accordance with Local Rule 5.1.3 and the District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means Section (G)(1), Plaintiff shall submit a redacted version of its Complaint and Exhibit 7 within seven (7) days after filing of the sealed Complaint and Exhibit 7.

WHEREFORE, Plaintiff respectfully requests that the Court permit Plaintiff to file its Complaint and Exhibit 7 under seal.

| | |
|---|---|
| OF COUNSEL:<br><br>Aziz Burgy<br>AXINN, VELTROP & HARKRIDER LLP<br>950 F Street, N.W.<br>Washington, D.C. 20004<br>(202) 912-4700<br><br>Ricardo S. Camposanto<br>AXINN, VELTROP & HARKRIDER LLP<br>55 Second Street<br>San Francisco, CA 94105<br>(415) 490-2000<br><br><br>Dated: January 6, 2023 | */s/ Kelly E. Farnan*<br>Steven J. Fineman (#4025)<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>farnan@rlf.com<br>Metzler@rlf.com<br><br>*Counsel for Plaintiff* |